*Arthur D. Brennan, Chester A. Slocum* and *James D. Hopkins* for appellant.

*Gordon Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.

In the Matter of the Claim of RAPHAEL CHIARA, Appellant, against VILLA CHARLOTTE BRONTE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted June 8, 1948; decided July 16, 1948.

*Abraham Wilson* and *Harry R. Wilson* for appellant.
*S. Chandler Fraser* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.